IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERYL ALLEN | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:08-0273 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| DAVIDSON TRANSIT ORGANIZATION, | ) | |
| METROPOLITAN TRANSIT AUTHORITY, | ) | |
| AMALGAMATED TRANSIT UNION, | ) | |
| ATU LOCAL UNION 1235, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby ORDERED that the initial case management conference scheduled for May 29, 2008 at 3:00 p.m. is RESET for 2:30 p.m. on the same day.

It is so **ORDERED**.

ENTER this 26TH day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge