# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHERYL ALLEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:08-0273 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| DAVIDSON TRANSIT ORGANIZATION, ) | |
| METROPOLITAN TRANSIT COMPANY, ) | |
| AMALGAMATED TRANSIT UNION, ) | |
| ATU LOCAL 1235, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, Metropolitan Transit Authority's Motion to Dismiss (Docket No. 31), Amalgamated Transit Union's Motion to Dismiss (Docket No. 40), and Local Union 1235's Motion to Dismiss (Docket No. 42) are **GRANTED.** Davidson Transit Organization's Motion to Dismiss Counts 1, 3, and 5 (Docket No. 28) is **GRANTED IN PART AND DENIED IN PART.**

It is so ordered.

Enter this 23rd day of October 2008.

_____
ALETA A. TRAUGER
United States District Judge